(24 Civ. Proc. R. 247.)

### EDWARD THOMPSON CO. v. LOBENTHAL.

(City Court of New York, Special Term. February 15, 1895.)

SECURITY FOR COSTS—NEW YORK CITY COURT—FOREIGN CORPORATION.
    Under Code Civ. Proc. § 3268, providing that security for costs may be required in an action brought in the New York city court, where plaintiff is a person residing without the city, or is a foreign corporation, security cannot be required of a domestic corporation.

Action by the Edward Thompson Company against Samuel Lobenthal. Defendant asks for an order directing plaintiff to give security for costs. Denied.

William O. Campbell, for plaintiff.
Samuel Lobenthal, in pro. per.

EHRLICH, C. J. Section 3268 of the Code,[1] in regard to security for costs, applies to persons residing without the county or to foreign corporations. The plaintiff herein is a domestic corporation, created by the laws of this state, and does not come within the category of those who are required to furnish security.
Motion denied, with $10 costs to abide the event.

[1] Code Civ. Proc. § 3268, provides as follows: "Defendant, in an action brought in the city court of New York, may require security for costs to be given, where plaintiff, when the action was commenced, was either (1) a person residing without the city; (2) a foreign corporation; (3) a person imprisoned under execution for crime; or (4) the official assignee of a person so imprisoned," etc.